# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Chenyan Sun

                Plaintiff,

v.                                                  Case No.: 1:20−cv−00221
                                                  Honorable Virginia M. Kendall

Brise32, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 16, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 9/16/2021 via Video Conference. Oral argument heard regarding Motion for Sanctions/Attorney Fees [179]. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.