**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SUN CHENYAN | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-cv-221 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| The Partnerships and Unincorporated Associations | ) | Mag. Judge Jeffrey Cummings |
| Identified on Schedule A, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————— | ) | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on May 13, 2022 [Doc. 220], in favor of Sun Chenyan ("Plaintiff") and against the Defendants Identified in Schedule A in the combined amount of three hundred seventy five thousand dollars ($375,000.00) per Defaulting Defendant ("Judgment Amount"), and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| No. | Platform | Store Name |
|---|---|---|
| 44 | Joom | 2AM |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Executed on this 17th day of August, 2022.

/s/ Lydia Pittaway
Bar No. 0044790
Ford Banister IP
305 Broadway - Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: lpittaway@fordbanister.com
*Attorney for Plaintiff*